## NEGRO LONDON v. ANNANIAS HUDSON.

Court of Common Pleas. Georgetown. April, 1801.

*Rodney's Notes.**

---

¹ Illegible in manuscript.

* This case is also reported in *Wilson's Red Book, 368.*

*Ridgely, Hall* [for plaintiff]. *Wilson, Vining* [for defendant].

Deposition of one Gray taken before Postley, Esq., in Maryland. Objected to by defendant's counsel, there being no evidence that he was a justice, on the general principles of law and on the ground that the Supreme Court decided written evidence was necessary.

*D. Hall, Ridgely.* This deposition was taken agreeably to a rule entered into by consent of parties for their mutual convenience, and according to the practice of this Court.

PER CURIAM. The deposition not being strictly conformable to law, the Court acting as a summary jurisdiction will reject it, but will give the petitioner further time to procure it.